FILED/REC'D
2020 JUN -8 A 10:10
CLERK U.S.
BANKRUPTCY COURT
WD OF WI

DOC NO
REC'D/FILED
2020 JUN -8 PM 12: 38
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

United States District Court for the 7th Circuit
District of Wisconsin (WESTERN)
File Number _____

| | |
|---|---|
| AFlawed GoodSoul, DoctrinAire, Plaintiff | Notice of Appeal |
| v. | |
| FCC/State of Florida, et al; | WESTERN DISTRICT CONGLOMERATION: |
| UNITED STATES; | 20-cv-244-jdp, 20-cv-245-jdp, 20-cv-246-jdp, 20-cv-353-jdp, 20-cv-362-jdp, 20-cv-363-jdp, and 20-cv-371-jdp |
| UNITED STATES; | |
| UNITED STATES; | |
| ALL BLACK U.S. INHABITANTS, ALL HISPANIC U.S. INHABITANTS, UNITED STATES; | |
| {{ALL}} PSYCHOLOGICAL WORKERS, {{ALL}} PSYCHIATRIC WORKERS, UNITED STATES; | |
| UNITED STATES | |
| , Defendants | |

(1)

Notice is hereby given, in bulk of case designation notwithstanding the courts conglomeration currently of a bulk dismissal, as stated by the singular dismissal in all above named cases, hereby, the petitioner appeals to the United States Court of Appeals for the 7th Circuit (from the final judgment) from an unprocessed order called specifically crazy without appointment of a guardian ad litem or warento nescuint mortem or response of a parens patriae instruction on how wrong it is to sue one's otherwise faultering country for punitive damages. The entered action was the 29 day of April, 2020.

(s) _____

AFlawed GoodSoul, DoctrinAire
1-541-300-5495
aflawedgoodsoul1028@gmail.com

PRO SE PETITIONER
Address: 615 E Washington Ave.
Madison, WI 53703